*E-Filed 7/28/10*

LINDBERGH PORTER, JR., CA Bar No. 100091
lporter@littler.com
RICHARD H. RAHM, CA Bar No. 130728
rrahm@littler.com
ALISON S. HIGHTOWER, CA Bar No. 112429
ahightower@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN STRICKLAND, ET AL., all individuals,<br><br>           Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation; *et al.*,<br><br>           Defendants. | CASE NO. CV 10-2812 ~~JCS~~ RS<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON PENDING MOTIONS TO REMAND COMPLAINT AND TO DISMISS**   AS MODIFIED BY THE COURT<br><br>**JUDGE:  HON. SEEBORG**<br>**COURT: 3** |

---

[~~PROPOSED~~] ORDER GRANTING STIP
FOR CONTINUANCE RE MOTIONS

No. CV 10-2812 JCS

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
United States
415.433.1940

1       Pursuant to Local Rule 6-2, the Stipulated Request of counsel to Continue the Hearing on Plaintiffs' Motion To Remand was considered. Having considered the Stipulation and accompanying declaration, and good cause appearing, in order to enable lead defense counsel to appear for the hearing on Plaintiff's motion to remand and defendant's motion to dismiss, and to hear both pending motions on the same day, the Court hereby continues the hearing on Plaintiffs' Motion To Remand the Complaint from August 26, 2010 to September 9, 2010 at 9:30 a.m., and also continues Defendant's Motion To Dismiss, To Strike and For A More Definite Statement from August 19, 2010 to September 9, 2010 at ~~9:30 a.m~~ 1:30 p.m. in this Court.

      IT IS SO ORDERED.

DATED: __7/28____, 2010

*[signature: Richard Seeborg]*

HONORABLE RICHARD SEEBORG
JUDGE OF THE UNITED STATES DISTRICT COURT

FIRMWIDE:96435826.1 051995.1024

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
United States
415.433.1940

~~[PROPOSED]~~ ORDER GRANTING STIP
FOR CONTINUANCE RE MOTIONS

No. CV 10-2812 JCS