*E-Filed 7/28/10*

1  LINDBERGH PORTER, JR., CA Bar No. 100091
   lporter@littler.com
2  RICHARD H. RAHM, CA Bar No. 130728
   rrahm@littler.com
3  ALISON S. HIGHTOWER, CA Bar No. 112429
4  ahightower@littler.com
   LITTLER MENDELSON, P.C.
5  650 California Street, 20th Floor
   San Francisco, California  94108.2693
6  Telephone:    415.433.1940
7  Fax No.:      415.399.8490

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | STEVEN STRICKLAND, ET AL., all individuals,                    | CASE NO. CV 10-2812 ~~JCS~~  RS
14 |                                                                |
15 |              Plaintiffs,                                       | **ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON PENDING MOTIONS TO REMAND COMPLAINT AND TO DISMISS**  AS MODIFIED BY THE COURT
16 |    v.                                                          |
17 | WELLS FARGO BANK, N.A., a Delaware corporation; *et al.*,      |
18 |                                                                | **JUDGE:  HON. SEEBORG**
   |              Defendants.                                       | **COURT: 3**
19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
United States
415.433.1940

~~[PROPOSED]~~ ORDER GRANTING STIP
FOR CONTINUANCE RE MOTIONS

No. CV 10-2812 JCS

1  Pursuant to Local Rule 6-2, the Stipulated Request of counsel to Continue the
2  Hearing on Plaintiffs' Motion To Remand was considered.  Having considered the Stipulation and
3  accompanying declaration, and good cause appearing, in order to enable lead defense counsel to
4  appear for the hearing on Plaintiff's motion to remand and defendant's motion to dismiss, and to
5  hear both pending motions on the same day, the Court hereby continues the hearing on Plaintiffs'
6  Motion To Remand the Complaint from August 26, 2010 to September 9, 2010 at ~~9:30 a.m.~~ 1:30 p.m., and also
7  continues Defendant's Motion To Dismiss, To Strike and For A More Definite Statement from
8  August 19, 2010 to September 9, 2010 at ~~9:30 a.m.~~ 1:30 p.m. in this Court.

10  IT IS SO ORDERED.

12  DATED: __7/28____, 2010

    _____
    HONORABLE RICHARD SEEBORG
    JUDGE OF THE UNITED STATES
    DISTRICT COURT

16  FIRMWIDE:96435826.1 051995.1024

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
United States
415.433.1940

~~[PROPOSED]~~ ORDER GRANTING STIP
FOR CONTINUANCE RE MOTIONS                                      No. CV 10-2812 JCS