Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Liana Beneli (SBN 256023)
LBeneli@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN STRICKLAND, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-02812 RS<br><br>Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE HEARING DATE AND ADR DEADLINES**<br><br>Complaint Filed: May 20, 2010<br>Trial Date: None set<br><br>Action Removed: June 28, 2010 |

1  IT IS HEREBY STIPULATED BY COUNSEL FOR PLAINTIFFS STEVEN
2  STRICKLAND, ET AL. AND DEFENDANT WELLS FARGO BANK, N.A. as
3  follows:

WHEREAS, the initial case management conference in this action has been set for October 14, 2010 ("CMC").

WHEREAS, pursuant to the order setting initial case management conference and ADR deadlines issued by the previous judge, Hon. Joseph Spero, both parties to the action must meet and confer re initial disclosures, early settlement, ADR process selection, discovery plan, as well as file ADR certification signed by parties and counsel, and either file stipulation to ADR process or notice of need for ADR phone conference by September 23, 2010 ("ADR Deadline").[1]

WHEREAS, pursuant to that same order both parties must also file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file case management statement by October 7, 2010 ("Rule 26(f) Report Deadline").

WHEREAS, the motions to remand, to dismiss and to strike, and to stay this action are going to be heard on September 30, 2010, and both parties agree that the discussions regarding early settlement and ADR process as well as discovery planning are unlikely to be fruitful until these important motions are decided and the form of the pleadings is resolved.

WHEREAS, both parties therefore would like to move the CMC to December 2, 2010, and move the ADR Deadline pursuant to ADR Local Rule 3-5 and the Rule 26(f) Report Deadline accordingly.  The parties stipulate and propose that the ADR Deadline and the Rule 26(f) Report Deadline be moved by

---

[1] The dates are moved by six days according to the terms of Hon. Joseph Spero's order filed in this action on June 28, 2010.

1 seven weeks to November 11, 2010, and November 23, 2010, respectively.

2     IT IS HEREBY STIPULATED that Defendant Wells Fargo Bank, N.A.
3 and Plaintiffs Strickland, et al. agree to continue the CMC date in this action to
4 December 2, 2010, the ADR Deadline to November 11, 2010, and the Rule 26(f)
5 Report Deadline to November 23, 2010.

7 Dated:  September 21, 2010      Respectfully submitted,

8       Initiative Legal Group APC

10       By:  /s/ Liana Beneli
11       Mónica Balderrama
      Liana Beneli
12       David Cheng

13       Attorneys for All Plaintiffs

15       Littler Mendelson, P.C.

16       By:  /s/ Lindbergh Porter, Jr.
17       Lindbergh Porter, Jr.
      Richard H. Rahm
18       Alison S. Hightower

19       Attorneys for Defendant

# ORDER

IT IS HEREBY ORDERED that:

1. The Case Management Conference is hereby continued from October 14, 2010 to December 2, 2010 at 10:00 a.m.

2. The parties' ADR deadline pursuant to ADR Local Rule 3-5 is continued to November 11, 2010.

3. The parties' deadline to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file a case management statement is continued to November 23, 2010.

Dated: __9/22_____, 2010

_____
The Honorable Richard Seeborg
United States District Court

Firmwide:97547362.1 051995.1023