UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION | MDL Case No. 3:06-md-1770-MHP<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), and paragraph 4 of the parties' Settlement Agreement approved by the Court on November 2, 2010, the parties hereby stipulate to the dismissal of the claims of the Nationwide FLSA Settlement Class (as defined in the Settlement Agreement), *with prejudice*.

Dated: December 10, 2010

Respectfully Submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ George A. Hanson
George A. Hanson
hanson@stuevesiegelcom
Eric L. Dirks
dirks@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101


**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
  /s/ Charles S. Russell
Robert W. Thompson
rthompson@ctsclaw.com
Charles S. Russell
crussell@ctsclaw.com
2601 Main Street, Ste. 800
Irvine, California 92614
Telephone: (949) 261-2872
Facsimile:  (949) 261-6060
**ATTORNEYS FOR NATIONWIDE PLAINTIFFS**

**LITTLER MENDELSON, PC**

 /s/ Lindbergh Porter, Jr.
Lindbergh Porter, Jr.
lporter@littler.com
Richard H. Rahm
rrahm@littler.com
Alison Hightower
ahightower@littler.com
650 California Street, 22nd Floor
San Francisco, California 94108
Telephone: (415) 433-1940
Facsimile:   (415) 399-8490
**ATTORNEYS FOR DEFENDANT**

1/3/2011

IT IS SO ORDERED
Judge Marilyn H. Patel

JOINT STIPULATION OF DISMISSAL